UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IN THE MATTER OF THE SEARCH OF 3540 RIVER BEND DRIVE, RACINE, WI, 53404: HEREIN DESCRIBED AS A SINGLE FAMILY HOME WITH GREY SIDING, DARK TRIM AND ATTACHED GARAGE. THE HOME IS A MULTI_LEVEL DWELLING. THE NUMBERS "3540" ARE AFFIXED TO THE MAILBOX.

CASE NO. 19-MJ-1205

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MOTION FOR THE RETURN OF PROPERTY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOW COMES THE CLAIMANT, Victor Cobian, by and through his attorney, Michael J. Steinle, upon all the files, records and proceedings heretofore had herein, and respectfully moves the District Court for entry of an Order pursuant to F.R. Crim. P. 41(g) for the return of all property seized on March 1, 2019 from the residence of 3540 River Bend Drive, Racine, Wisconsin. Specifically, the Claimant seeks: a computer, a cell phone, a watch, blank sim cards, bank statements, vehicle registrations, letters, shredded documents, identification documents, a birth certificate and a passport. Additionally, Claimant would also seek his firearms, cases, ammunition, magazines and firearm pieces.

AS GROUNDS THEREFORE, Counsel would show to the Court that:

1. On March 1, 2019 officers and agents seized various items itemized by the attached Property Inventory from the residence of Victor Cobian pursuant to a Federal search warrant signed by the Honorable William E. Duffin, United States Magistrate.

2. That on said date, Victor Cobian was taken into custody and placed in the Racine County Jail.

1

3. On March 1, 2019, Victor Cobian was charged in State Court in Racine County alleging a conversion of a weapon to allow full ammunition fire, a Class F Felony contrary to Wis. Stats. Sec. 941.26(1m) and 2(b) and 939.50(3)(f). The Complaint was based upon the search warrant executed on the March 1, 2019 search warrant executed by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Department of Homeland Security (HIS) and the Federal Bureau of Investigation (FBI). *See attached Search Warrant.*

4. Victor Cobian appeared in Racine County Circuit Court on March 4, 2019 and bail was set. Victor Cobian posted bail and was released. Victor Cobian was arraigned and entered a not guilty plea.

5. On May 24, 2019, the State moved to dismiss the matter as the State was unwilling to comply with Victor Cobian's right to discovery and inspection pursuant to Wis. Stats. Sec. 971.23.

6. That as of this date, some twenty-nine (29) months after execution of said warrant, the property remains in the custody of the Federal agencies (i.e. ATF, HIS and/or FBI) and has not been returned. No formal charges have been filed that can be ascertained by counsel.

7. The search warrant's affiants in this matter have been sealed and have been unable to be viewed by Victor Cobian or counsel. Pursuant to General Local Rule 79(d)(1), the Court considers any document filed with it to be public unless, at the time of the filing it is accompanied by a separate motion requesting that the document, or portions thereof, be sealed by the Court. Rule 79(d)(2) indicates the separate motion to seal must be publicly

filed and must describe the general nature of the information withheld from the public record. To the extent possible, says the Rule, the movant should include with the public filing a version of the document that redacts only those portions of the documents that are subject to the sealing request. Rule 79(d)(3) indicates any motion to seal must be supported by sufficient facts demonstrating good cause for withholding the document from the public record. Absent a sufficient factual basis demonstrating good cause sufficient to sela the document, the motion must be denied, and the document publicly filed by the District Court Clerk.

8. Over the course of the last twenty-nine (29) months, Mr. Cobian's counsel has unsuccessfully sought from the Clerk of Court a copy of the application and supporting affidavit(s) based upon which the March 1, 2019 search warrant of his home was ordered by this Court. He presumes that pursuant to the Government's motion, the Court ordered those documents sealed. Cobian has been unable to obtain a copy of the Government's motion requesting the sealing order(s).

9. That it has become known that the order to continue to seal said affidavits in support of the search warrant have been extended on or about April 23, 2021. It is unknown to what date the extension now expires.

10. That because of the government's significant intrusion into Victor Cobian's life for the last twenty-nine (29) months without explanation is unwarranted and his personal property should be returned to him through counsel at the very least Victor

Cobian is requesting his phone, watch, all personal records seized be returned to as all such evidence can be copied by the agents if they deem them relevant in an investigation.

Dated at Milwaukee, Wisconsin, this 6th day of August, 2021.

RESPECTFULLY SUBMITTED,
TERSCHAN, STEINLE, HODAN &
GANZER, LTD.

Electronically Signed By:

MICHAEL J. STEINLE
Attorney for Victor Cobian
State Bar No. 1018859

P.O. ADDRESS:
309 North Water Street, Suite 215
Milwaukee, Wisconsin 53202
Telephone: (414) 258-6200