# ATF Evidence Log

**Case #:**
**Date/Time:**
**Address:** 3540 River Bend Dr. Racine, WI
**Location/Name:**
**Other:**

**Team Leader:**
**Photographer:**
**Schematic Artist:**
**Other:**

## Property Seized

| Item # | NForce # | Photo # | Description | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|
| 1 | | | 3PCP / 357 MAG 4 Barrels 4 Bullets | | Entry Foyer on top of | Elizabeth Hanson |
| 2 | | | Barret Pelican Case | | Garage Floor | Stephen Westover |
| 3 | | | Identity Documents | | Front Door White Shelf | Elizabeth Hanson |
| 4 | | | Kesclder Arms Corp Rifle | | Living Behind Black Bear | Elizabeth Hanson |
| 5 | | | Bank Statements | | Living East Wall Cabinet | Aaron Frantal |
| 6 | | | Birth Certificates | | Dining Room Table | Aaron Frantal |
| 7 | | | Vehicle Registrations | | Kitchen Table | Aaron Frantal |
| 8 | | | Bank Statements | | Dining Room Floor | Aaron Frantal |
| 9 | | | Apple iPad | | Upstairs bedroom first room | Dan Beragner |
| 10 | | | Passport | | First Room left bedroom Night Stand | Schneider |
| 11 | | | Calling Cards | | First Room left bedroom night stand | Schneider |

**Evidence Tech:**
**Signature:**
**Page:** of

Case 2:19-mj-01205-WED    Filed 08/06/21    Page 1 of 7    Document 7-1

# ATF Evidence Log

Case #: 
Date/Time: 
Address: 
Location/Name: 
Other: 

Team Leader: 
Photographer: 
Schematic Artist: 
Other: 

## Property Seized

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.) | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|
| 12 | | | Black SIG SAUER P226 | 47A14/083 | 1st Bedroom Left Night Stand Drawer | Paula Mazzola |
| 13 | | | FNS9C 9mm | CSU0054557 | 1st Bedroom Left Night Stand Drawer | Paula Mazzola |
| 14 | | | 3 45 Cal Magazines | | 1st Bedroom Left Night Stand Dresser Drawer | Paula Mazzola |
| 15 | | | Taser 4 cart | | 1st Bedroom Left Behind Night Stand on Flr | Paula Mazzola |
| 16 | | | Bag of Pistol Mags (6) | | NW Bedroom Closet Shelf | Sarah Tucker |
| 17 | | | FNP 45 DA/SA Case w/ 2 Mags | | NW Bedroom Closet Shelf | Sarah Tucker |
| 18 | | | Passports/Letters | | NW Bedroom Inside Red Safe | Sarah Tucker |
| 19 | | | Barrel | | Kitchen Table | Aaron Frantee |
| 20 | | | Palmetto State Armory PA 15 and Multi Scope | LW142960 | Dining Room Table | Aaron Frantee |
| 21 | | | 50 Cal Ammo 5 Boxes (Metal) | | Garage Floor | Stephen Westover |
| 22 | | | 15 ACR Upper Receivers Boxes 3 | | Westwall | Moffitt |

Evidence Tech: 
Signature: 
Page: of

# ATF Evidence Log

**Case #:**
**Date/Time:**
**Address:**
**Location/Name:**
**Other:**

**Team Leader:**
**Photographer:**
**Schematic Artist:**
**Other:**

## Property Seized

| Item # | NForce # | Photo # | Description | Make/Model / Serial # | Location Found | Finder |
|---|---|---|---|---|---|---|
| 23 | | | Empty belt feeds for 50 cal rounds 3 boxes | | Garage on floor | Westboro S |
| 24 | | | FN Hecstan empty box | | Next to safe in basement | Moffit |
| 25 | | | Kimber Eclipse Custom 2 /45 cal mag w/ rounds | K466746 | Basement safe | Newport S |
| 26 | | | Colt Automatic 38 Super Commander model | CL06401E | Basement safe | Newport S |
| 27 | | | Zenith firearms cal 9/19 /Banana Clip | | Basement safe | Newport J |
| 28 | | | FN5 9mm Banana Clip | GLU014589 | Basement safe | Newport S |
| 29 | | | Modifed Glock w/ microroni cresote covers on w/ext clip | | Basement safe | Newport S |
| 30 | | | Baer custom SRP 45 cal w/ clip | RH7981 | Basement safe | Newport S |
| 31 | | | Anderson Manufacturing AM15 | 16414037 | Basement safe | Newport J |
| 32 | | | M2008 Badger Ordnance | | Basement safe | Newport S |
| 33 | | | Remington Model 700 | 6567956 | Basement safe | Newport S |

# ATF Evidence Log

Case #: 
Date/Time: 
Address: 
Location/Name: 
Other: 

Team Leader: 
Photographer: 
Schematic Artist: 
Other: 

## Property Seized

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.) | Make/Model | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|---|
| 34 | | | About 30/06 Browning | | 8721NN351 | Basement safe | J Newport |
| 35 | | | Springfield Armory 1903 | | 1445825 | Basement safe | J Newport |
| 36 | | | Remington model 700 | | G6745519 | Basement safe | J Newport |
| 37 | | | Remington Nylon 66 22 | | | Basement safe | J Newport |
| 38 | | | CAL TECH CMR-30 | | | Basement safe | J Newport |
| 39 | | | RoF USA Multi-Cal R-308 | | BA-1500270 | Basement safe | J Newport |
| 40 | | | Remington 40-X | | 056998B | Basement safe | J Newport |
| 41 | | | Anderson Manufacturing AM-15 | | 18158961 | Basement safe | J Newport |
| 42 | | | Remington Woodmaster 742 | | 7080128 | Basement safe | J Newport |
| 43 | | | Remington 700 w/ Ammo on port | | RR00894E | Basement safe | J Newport |
| 44 | | | Remington 700 | | S6710336 | Basement safe | J Newport |

| # | Description | Serial | Found By | Place |
|---|---|---|---|---|
| 45 | Winchester model 70 | G337687 | Newport | Basement safe |
| 46 | Importer Beretta TIKKA T-3 | C34792 | Newport | B safe |
| 47 | Ruger 1022 | 238-80546 | Newport | B safe |
| 48 | Ammo Box containing various rounds and ammunition | | Newport | Garage |
| 49 | Ammo Box containing various ammunition and magazines | | Newport | Garage Floor |
| 50 | ATN Scope | 9070427 9071281 | Newport | on top of bone gun safe |
| 51 | Miscellaneous Ammunition | | Newport | Garage |

# ATF Evidence Log

Case #: _____

Date/Time: _____  
Address: _____  
Location/Name: _____  
Other: _____

Team Leader: _____  
Photographer: _____  
Schematic Artist: _____  
Other: _____

## Property Seized

| Item # | NForce # | Photo # | Description | Serial/Unique # | Make/Model | Location Found | Finder |
|---|---|---|---|---|---|---|---|
| 52 | | | MISC AMMO | | | ON TOP OF SAFE | S. Newport |
| (illegible) | | | MISC AMMO (scribbled out) | | | | |
| 53 | | | EMPTY BARREL CASE | | | Basement Floor | Stephen Westover |
| 54 | | | EMPTY BARREL CASE | | | Basement Floor | Stephen Westover |
| 55 | | | LARUE TACTICAL BARREL | | | Next to basement safe | Elizabeth Hauson |
| 56 | | | 1 Hublot WATCH / 1 Movado watch | | | SAFE IN Basement | Aaron Frazier |
| 57 | | | DROP IN AUTOSEAR AND PARTS | | | Basement Ceiling Tiles | R.T.K. Page / Frank Butter |
| 58 | | | Fight light Drum | | | Space under Stor case gng & Basement | Frank Butter |
| 59 | | | Shredded Documents 2 BAGS | | | GARBAGE OUTSIDE | Steve Whitcotton |
| 60 | | | Belt fed fight rate receiver | | | Basement Safe | Elizabeth Hauson |
| 61 | | | HK UPPER receiver | 88-100340 | | Basement Safe | Elizabeth Hauson |

Evidence Tech: _____  Signature: _____  Page: ___ of ___

# ATF Evidence Log

Case #: _____
Date/Time: _____
Address: _____
Location/Name: _____
Other: _____

Team Leader: _____
Photographer: _____
Schematic Artist: _____
Other: _____

## Property Seized

| Item # | NForce # | Photo # | Description | Serial/Unique # | Make/Model | Location Found | Finder |
|---|---|---|---|---|---|---|---|
| 62 | | | ACOG scope w/case | | | Downstairs Bedroom | Elizabeth Hanson |
| 63 | | | Black Smart phone in rubber case | | | Victors person | Connor |
| 64 | | | Firearm trigger assembly parts | | | Dinning room floor | MPD P.O. Frontal |

Evidence Tech: _____  Signature: _____  Page: ___ of ___